# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| FLOYD BUCHANAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00209-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2016 Order.

February 8, 2016

Frank G. Johns, Clerk
United States District Court